# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**In Re:**

DIA Investment Group LLC

| | |
|---|---|
| Case No.: | 24-21542 |
| Hearing Date: | February 4, 2025 |
| Chapter: | 11 (Small Business Subchapter V) |
| Judge: | John K. Sherwood |

## NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE

### 11 U.S.C. § 1188(a) STATUS HEARING:

You are hereby notified of a hearing before the Honorable John K. Sherwood, United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:** Status Conference

**Location of Hearing:** Courtroom No. 3D
50 Walnut Street, 3rd fl.
Newark, NJ 07102

**Date and Time:** February 4, 2025 @ 10:00 am, or as soon thereafter as counsel may be heard.

**NOTE:** In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory *Local Form Subchapter V Status Report* can be found at www.njb.uscourts.gov under the "forms" tab.

### 11 U.S.C. § 1111(b) ELECTION DEADLINE:

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended by further order of the Court.

### NOTICE

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: December 3, 2024

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on December 3, 20 24 this notice was served on the following:

Debtor, Debtor's Counsel, United States Trustee and Sub Chap V Trustee

JEANNE A. NAUGHTON, Clerk

By: Zelda L Haywood
Deputy Clerk

*rev. 1/22/2024*