Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  24−21542−JKS
                                        Chapter:  11
                                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DIA Investment Group LLC
   1401 44ht Street
   North Bergen, NJ 07047

Social Security No.:

Employer's Tax I.D. No.:
   84−3979533

      NEW NOTICE OF MEETING OF CREDITORS WILL BE FORTHCOMING

DISREGARD MEETING OF CREDITORS SENT ON 12/2/2024. NEW NOTICE TO BE FORTHCOMING.

Dated: December 10, 2024
JAN: dmc

                                                                                                                 Jeanne Naughton
                                                                                                                   Clerk