UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

50 Walnut Street
Newark, NJ 07102

In Re:

DIA Investment Group LLC

Case No.: 24-21542

Chapter: 11 (Small Business)

Hearing Date: February 4, 2025

Judge: John K. Sherwood

**CHAPTER 11 SMALL BUSINESS SCHEDULING ORDER**

The relief set forth on the following pages, numbered 2 and 3, is **ORDERED**.

This matter having been opened to the Court upon the filing of a Chapter 11 small business case on __December 10, 2024__; it is hereby

**ORDERED**, and notice is hereby given, that:

1. A status conference is scheduled before the Honorable __John K. Sherwood__ for __February 4, 2025__ *(45-60 days after the Order for Relief)*, at __10:00 am__, in the U.S. Bankruptcy Court, __50 Walnut Street, Newark, NJ 07102__, Courtroom no.: __3D__.

   A. The debtor must, within 3 days of the date of this Order, serve this order on all parties in interest, including secured creditors, creditors' committee members and the U. S. Trustee.

   B. All interested parties in this case may attend.

   C. The purpose of the status conference is to discuss case management and any related issues.

   D. The status conference will not be adjourned because of incomplete filings.

2. The debtor's exclusive right to file a Plan expires on __June 8, 2025__ *(180 days after the Order for Relief)*, unless the time period is extended under 11 U.S.C. § 1121(e)(3).

3. A Plan and Disclosure Statement[1], must be filed no later than __October 6, 2025__ *(300 days after the Order for Relief)*, unless the time period is shortened by order of this Court or extended under 11 U.S.C. § 1121(e)(3).

4. Under 11 U.S.C. § 1129(e), the Plan must be confirmed no later than 45 days after it is filed unless the time is extended under 11 U.S.C. § 1121(e)(3).

5. Under 11 U.S.C. § 1121(e)(3)(c), an order extending any aforementioned time period must be signed prior to the expiration of the existing deadline.

---

[1] Local Form *Small Business Debtor's Combined Plan of Reorganization [or Liquidation] and Disclosure Statement* is available on the Court's web site.

6. Along with the filing of a Plan and Disclosure Statement, the plan proponent must submit a proposed *Order Conditionally Approving Disclosure Statement, Setting Deadlines, and Scheduling Confirmation Hearing.*[2]

7. In addition to the other duties required by law, the debtor must file periodic financial reports pursuant to 11 U.S.C. § 1116.

*rev.2/3/22*

---

[2] The following related forms can be found on the Court's website, www.njb.uscourts.gov:

*Small Business Debtor's Combined Plan of Reorganization [or Liquidation] and Disclosure Statement* (Local Form)

*Order Conditionally Approving Disclosure Statement, Setting Deadlines, and Scheduling Confirmation Hearing (Small Business)* (Local Form)

*Order Finally Approving Disclosure Statement and Confirming Plan (Small Business)* (Local Form)