Steven Kelly, ESQ.
STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK DIVISION)**

| In Re:<br><br>DIA Investment Group LLC<br><br>Debtor(s) | Chapter 7<br><br>Case Number: 24-21542-JKS<br><br>Hearing: **April 22, 2025 at 10:00 a.m.** |
|---|---|

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO:

DIA Investment Group LLC
1404 44th Street
North Bergen, NJ 07047

Brett Silverman
Silverman Law PLLC
4 Terry Terrace
Livingston, NJ 07039

John W. Sywilok
John W. Sywilok, Chapter 7 Trustee
52 Main Street
Hackensack, NJ 07601

U.S. Trustee
Office of the US Trustee
One Newark Center
Ste 2100
Newark, NJ 07102

PLEASE TAKE NOTICE THAT on **April 22, 2025 at 10:00 a.m.**, or as soon as counsel may be heard, the undersigned, attorneys for creditor, U.S. Bank Trust Company, National Association, as Trustee for Velocity Commercial Capital Loan Trust 2024-1 ("Creditor"), by its attorneys, Stern and

Eisenberg PC, will move before the Honorable John K. Sherwood in Courtroom 3D, United States Bankruptcy Court, 50 Walnut Street, 3rd Floor, Newark, NJ 07102, for an Order granting Creditor relief from the automatic stay provisions of the Bankruptcy Code; modifying, terminating and vacating the automatic stay pursuant to 11 U.S.C. §362 (d) with respect to real property located at (and known as) 410 69th Street, Guttenberg A/K/A West New York, NJ 07093-2414 (the "Property") in the Debtor(s)' possession and control.  Creditor's Motion shall also request that the Order granting the foregoing relief allow Creditor to proceed with process or other lawful action against Debtor(s) necessary to recover possession of the Property and to otherwise exercise all rights under State and Federal Law in and to the Property, including without limitation, the right to foreclose, sell or otherwise transfer the Property. Creditor seeks to enforce its rights as more fully set forth in the mortgage and note dated 10/30/2023. Creditor will rely on the attached Certification in Support of this Motion. Creditor further seeks that in the event the instant case is dismissed or otherwise terminated (without discharge) that the Automatic Stay arising under any subsequent filing within a year of such dismissal be limited to 30 days unless extended by Court Order.

     If you oppose the motion you must file a response within the time provided under the Rules of Bankruptcy Procedure and Local Rules. If you do not file a timely response then the requested relief may be entered without further hearing.

                              Respectfully Submitted:

By:    */s/ Steven Kelly, ESQ.*
        Steven Kelly, ESQ.
        Stern & Eisenberg, PC
        Counsel for Movant

Date:  March 24, 2025