| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in compliance with D.N.J. LBR 9004-2(c)**<br><br>John W. Sywilok, Esq. (JS 2289)<br>Chapter 7 Trustee<br>52 Main Street<br>Hackensack, NJ 07601<br>(201) 487-9390 | Chapter 7<br><br>Case No. 24-21542 |
| In Re:<br><br>DIA INVESTMENT GROUP LLC<br><br>Debtor. | Hearing Date: 4/29/2025<br><br>Judge: John K. Sherwood |

## NOTICE OF MOTION TO DISMISS BANKRUPTCY CASE

TO:

| US Trustee | Brett Silverman, Esq. |
| 1 Newark Center | 4 Terry Terrace |
| Suite 2010 | Livingston, NJ 07039 |
| Newark, NJ 07102 | Attorney for Debtor |

PLEASE TAKE NOTICE, that on the 29th day of April 2025 at 10:00 AM or as soon thereafter as counsel may be heard, John. W. Sywilok Chapter 7 Trustee, shall move before the Honorable John K. Sherwood, Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Third Floor, Courtroom 3D, Newark, New Jersey, SEEKING THE ENTRY OF A ORDER DISMISSING THIS BANKRUPTCY CASE by reason of the debtor failing to appear for 341 Hearing and other grounds..

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the Certification of the Trustee in support of said motion submitted herewith;

PLEASE TAKE FURTHER NOTICE that pursuant to the Local Rule 9013-1(i), unless the Court authorizes or directs otherwise, prior to the return date hereof, no testimony shall be taken at

the hearing on this Motion, except by certification or by affidavit;

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9013-1(c), it is hereby respectfully submitted that no brief is necessary in the Court's consideration of this Motion, as it does not involve a complex issue of law;

PLEASE TAKE FURTHER NOTICE that in accordance with Local Rule 9013-1(d), opposition to the relief requested by this Motion and/or cross-motions, if any, shall be filed with the Clerk of the Bankruptcy Court and served upon John W. Sywilok Chapter 7 Trustee within seven (7) days of the return date of this Motion;

PLEASE TAKE FURTHER NOTICE that pursuant to the Local Rule 9013-1(a), this Motion shall be deemed uncontested unless responding papers are timely filed in accordance with Local Rule 9013-1(d); and

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9013-1(c), a proposed form of Order is submitted herewith.

JOHN W. SYWILOK
Chapter 7 Trustee

BY: /S/ John W. Sywilok
JOHN W. SYWILOK

Dated: March 26, 2025

#65384