Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−21542−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    DIA Investment Group LLC
    1401 44ht Street
    North Bergen, NJ 07047

Social Security No.:

Employer's Tax I.D. No.:
    84−3979533

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by John W. Sywilok, Chapter 7 Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable John K. Sherwood on,

Date: 4/29/25
Time: 10:00 AM
Location: Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Dated: March 26, 2025
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-21542-JKS |
| DIA Investment Group LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2025 | Form ID: 170 | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DIA Investment Group LLC, 1401 44ht Street, North Bergen, NJ 07047-2718 |
| cr | + | U.S. Bank National Association, not in its individ, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| cr | + | U.S. Bank Trust Company, National Association, as, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520486459 | + | Abraham Campos, et al. (see attachment for list), 111 Broadway, Suite 1804, New York, NY 10006-0014 |
| 520463440 | + | Besim Kukaj, 1401 44th Street, North Bergen, NJ 07047-2718 |
| 520479542 | + | Saeed Ketabchi, c/o PATRICK O. LACSINA LAW OFFICES, 215 N. 5th Street, Suite 1, Harrison, NJ 07029-1407 |
| 520463442 | + | Selene Finance as servicer to US Bank, PO Box 71243, Philadelphia, PA 19176-6243 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Mar 26 2025 20:53:00 | Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego,, CA 92108-3808 |
| 520482386 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2025 20:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520486458 | | Email/Text: Adam@PollockCohen.com | Mar 26 2025 20:53:00 | Adam Pollock, 111 Broadway, Suite 1804, New York, NY 10006 |
| 520530301 | + | Email/Text: bkteam@selenefinance.com | Mar 26 2025 20:53:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 520534495 | | Email/Text: mtgbk@shellpointmtg.com | Mar 26 2025 20:53:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520488009 | + | Email/Text: RASEBN@raslg.com | Mar 26 2025 20:53:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520463444 | ^ | MEBN | Mar 26 2025 20:52:03 | US Bank National Association, c/o Friedman Vartolo, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2025 | Form ID: 170 | Total Noticed: 16 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520463441 | | Selene Finance as Servicer for US Bank |
| 520463443 | | US Bank |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Pollock | on behalf of Creditor Pellumb Katanolli adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Eder Gordillo adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Diego Estrada adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Paulino Carpintero adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Eduardo Yunga adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Cesar Supacela adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Vladimir Yunga adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Milton Quizhpilema adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Segundo Calle adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Bryan Macancela adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Cristian Asitimbay adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Jenaro Campoverde adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Nicolas Zhagnay adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | on behalf of Creditor Mario Asitimbay adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com |
| Adam Pollock | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 26, 2025 | Form ID: 170 | Total Noticed: 16 |

Adam Pollock
    on behalf of Creditor Abraham Campos adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com

Adam Pollock
    on behalf of Creditor Victor Gonzalez adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com

Adam Pollock
    on behalf of Creditor Yoni De Los Santos adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com

Adam Pollock
    on behalf of Creditor Samuel Herrera adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com

Adam Pollock
    on behalf of Creditor Felipe Vega-Loyola adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com

Adam Pollock
    on behalf of Creditor Edison Macancela adam@pollockcohen.com adam-pollock-4287@ecf.pacerpro.com

Brett Silverman
    on behalf of Debtor DIA Investment Group LLC brett@getconciergelaw.com

David Gerardi
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

John Sywilok
    sywilokattorney@sywilok.com nj26@ecfcbis.com

Kenneth Borger, Jr
    on behalf of Creditor Selene Finance LP  as Attorney in Fact for U.S. Bank Trust National Association not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust kborger@raslg.com

Kenneth Borger, Jr
    on behalf of Creditor U.S. Bank Trust National Association kborger@raslg.com

Scott S. Rever
    on behalf of Trustee Scott S. Rever srever@wjslaw.com

Steven Eisenberg
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2021-NQM2R bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven Eisenberg
    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee for Velocity Commercial Capital Loan Trust 2024-1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as owner trustee of the New Residential Mortgage Loan Trust 2021-NQM2R skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Steven P. Kelly
    on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee for Velocity Commercial Capital Loan Trust 2024-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 32